

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-20-00343-CV

**INTERNATIONAL INSTALLATION, LLC**,
Appellant

v.

**MADERA MILLWORK, LTD**, BOA Studio, LLC and Jason Holloway,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07179
Honorable Renée Yanta, Judge Presiding

# O R D E R

This appeal was submitted on briefs on September 8, 2021. On appeal, appellant International Installation, LLC argues the trial court erred by failing to include compensation for certain hours worked in its damages award and denying its motion to reopen evidence. In response, appellees Madera Millwork, Ltd., BOA Studio, LLC, and Jason Holloway argue International Installation filed a partial record with no statement of points or issues. Specifically, appellees point out only a reporter's record "from the first day of trial on January 17, 2020" is included, and a record "of proceedings on January 18, 2020, or January 24, 2020, or any exhibits" are not included.[1] Appellees contend as a result, this court must presume those missing portions of the reporter's record are relevant and support the trial court's judgment.

However, a review of the clerk's record shows appellant did request the portions of the record appellees assert are missing. Specifically, appellants requested "one copy of the Reporter's Record of the trial which began and continued on or about February 17, 18, and 24, 2020." The court reporter only filed a reporter's record for the first day of trial, February 17, 2020. The court reporter did not file a reporter's record for the other requested dates: February 18, 2020 and February 24, 2020.

Accordingly, because appellant requested the missing portions of the record and in the interest of justice, we **order** the court reporter responsible for preparing the record to file the reporter's record covering February 18, 2020 and February 24, 2020 **by March 30, 2022.** We

---

[1] We presume appellees' reference to January is a typographical error because the clerk's record shows the referenced bench trial occurred on February 17, 18, and 24.

further **order** the submission date of September 8, 2021 withdrawn, and this appeal will be re-submitted on briefs after the ordered reporter's record is filed.

It is so **ORDERED** February 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT